1  Thomas P. Riley Esq SBN 194706
   Law Office of Thomas P. Riley PC
   1114 Fremont Avenue
2  South Pasadena, Ca 91030
   Phone; 626-799-9797
3  Attorneys for Plaintiff

4               UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
5

6  J&J SPORTS PRODUCTIONS, INC,          )
                                          )
7          Plaintiff,     vs.             )   Case No.: 5:14-cv-02100-WDK-PLA
                                          )
8  Concepcion Rodriquez Bautista, et al,  )   **RENEWAL OF JUDGMENT BY CLERK**
                                          )
9          Defendants                     )
                                          )

10 _____

11  Based upon the application for renewal of the judgment of the original judgment, and pursuant to

12 F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

13    Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant Concepcion

14 Rodriquez Bautista, Adriana Rodriguez Cruz a/k/a Adriana Bautista, Reyes A. Cruz-Olea a/k/a Reyes A.

15 Cruz, individually and d/b/a La Tarasca Restaurant entered on August 13, 2015, be and the same is

16 hereby renewed in the amounts as set forth below:

17       Renewal of money judgment

18       a.  Total judgment                              $  1,960.00

19       b.  Costs and fees after judgment              $      0.00

20       c.  Subtotal *(add a and b)*                   **$  1,960.00**

21       d.  Credits                                    $      0.00

22       e.  Subtotal *(subtract d from c)*             **$  1,960.00**

23       f.  Interest after judgment (.015%)            $    264.60

24       g.  Fee for filing renewal of application  $     0.00

25       **h.**  Total renewed judgment (add e, f and g)    $ 2,224.60

26

27  Dated: ___July 14, 2025___        CLERK, by Deputy  ___*Evelyn Syzaggue*___

28

                           Renewal of Judgment